CHARLES A. WATSON, RELATOR v. JAMES A. RANDALL, CIR-
CUIT COURT COMMISSIONER.

*Circuit court commissioner may tax costs.*

A circuit court commissioner may tax costs in proceedings under the
Fraudulent Debtor's Act, and issue execution for their collection;
and mandamus lies to compel him to do so.

MANDAMUS to require a circuit court commissioner to issue
execution for costs already taxed by him in proceedings under
the Fraudulent Debtor's Act.    Submitted October 26.
Granted October 27.

*Wisner & Speed* for the writ.

*George S. Hosmer* against.

MARSTON, C. J.   If the question were now for the first
time presented to this court as to the judicial power which
could, under our Constitution, be conferred upon circuit court
commissioners, we might hesitate.   Under the cases which
have recognized such a power as being properly conferred,
we are of opinion that the commissioner did have authority
to tax the costs and issue execution for the collection thereof.
This is certainly no greater than the authority exercised in
issuing commitments.   The question was a proper one to be
passed upon by this court, and while the writ will issue as
prayed, no costs will be allowed.

The other Justices concurred.